JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ASUNCION NAVARRO, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>SIERRA BUILDING PRODUCTS, a California Corporation, OLDCASTLE APG WEST, INC. a California Corporation, OLDCASTLE APG, INC. and DOES 1 through 100, inclusive.<br><br>Defendants. | **CASE NO.: EDCV 10-1557 CAS(OPx)**<br><br>*(The Honorable Christina A. Snyder presiding)*<br><br>**ORDER REMANDING ACTION TO SAN BERNARDINO SUPERIOR COURT**<br><br>Complaint Filed:   September 3, 2010<br>Trial Date:             None |

///

///

The Court, having considered the Parties' Stipulation to Remand the Action to California Superior Court, County of San Bernardino, ORDERS THAT:

1. The case of <u>Navarro v. Sierra Building Products et al.</u>, Case No. EDCV 10-1557 CAS (OPx) be remanded to the Superior Court of the State of California for the County of San Bernardino, Judge Janet Frangie (Dept. S32).

**IT IS SO ORDERED.**

DATED: November 8, 2010

*/s/ Christina A. Snyder*

Hon. Christina A. Snyder